# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 6 WM 2015
:
               Respondent :
:
:
:
           v. :
:
:
:
J.D.S., :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of February, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.